**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**CHARLES SMITH**                                                                                    **PLAINTIFF**

**V.**                                                                    **CAUSE NO. 3:17-CV-00157-CWR-LRA**

**WARDEN WENDELL BANKS**, *et al.*                                                        **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Plaintiff Charles Smith's Objection to the June 7, 2019, Report and Recommendation ("R&R") of United States Magistrate Judge Linda R. Anderson, regarding the defendants' Motion for Summary Judgment. The R&R recommends that the defendants' Motion be granted and that final judgment in favor of all defendants be entered.

Having considered the Report and Recommendation, Smith's objections thereto, and applicable statutory and case law, the Court concludes that Smith's Objection fails to persuade and hereby adopts, as its own opinion, the Report and Recommendation of the Magistrate Judge.

Accordingly, the defendants' Motion for Summary Judgment is granted. Smith's Complaint is dismissed without prejudice. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 4th day of November, 2019.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE